1
2
3
4
5
6
7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11   WILEY GILL,                          )   Case No. CV 09-9508 DOC (JCG)
                                          )
12                    Petitioner,         )
                                          )
13          v.                            )   **ORDER ACCEPTING FINDINGS,**
                                          )   **CONCLUSIONS AND**
14   K. HARRINGTON, Warden,               )   **RECOMMENDATIONS OF UNITED**
                                          )   **STATES MAGISTRATE JUDGE AND**
15                    Respondent.         )   **DENYING CERTIFICATE OF**
                                          )   **APPEALABILITY**
16                                        )
                                          )
17

18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the

19   records herein, the Report and Recommendation of the United States Magistrate

20   Judge, and Petitioner's Objections to the Report and Recommendation, and has

21   made a *de novo* determination.  The Court accepts the Magistrate Judge's Report and

22   Recommendation.

23          In his Objections, Petitioner essentially restates the arguments made in the

24   Petition and Reply.  Those arguments lack merit for the reasons stated in the Report

25   and Recommendation.

26          Petitioner's request is denied as an evidentiary hearing is not required in this

27   case. *See Cullen v. Pinholster*, 131 S.Ct. 1388, 1398 (2011); *Schriro v. Landrigan*,

28   550 U.S. 465, 474 (2007) ("[I]f the record refutes the applicant's factual allegations

1  or otherwise precludes habeas relief, a district court is not required to hold an

2  evidentiary hearing.").

3       Additionally, for the reasons stated in the Report and Recommendation, the

4  Court finds that Petitioner has not made a substantial showing of the denial of a

5  constitutional right.  *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v.*

6  *Cockrell*, 537 U.S. 322, 336 (2003).  Thus, the Court declines to issue a certificate of

7  appealability.

8       Accordingly, having made a *de novo* determination of those portions of the

9  Report and Recommendation to which objection was made, IT IS ORDERED

10  THAT:

11       1.    Petitioner's request for an evidentiary hearing is denied.

12       2.    Judgment shall be entered dismissing the action with prejudice.

13       3.    The Clerk shall serve copies of this Order and the Judgment herein on

14  the parties.

15       4.    A Certificate of Appealability is denied.

16

17

18  DATED: December 14, 2011

19

20                     HON. DAVID O. CARTER
                  UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28