# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILEY GILL,<br><br>            Petitioner,<br><br>       v.<br><br>K. HARRINGTON, Warden,<br><br>            Respondent. | Case No. CV 09-9508 DOC (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: December 14, 2011

_/s/ David O. Carter_

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE